UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                                CASE NUMBER:   99-CR-80796-01
                                                                    HONORABLE ROBERT H. CLELAND

RODNEY RICE,

        Defendant.
_____/

## ORDER FOR RE-SENTENCING UPON REMAND

This matter is before the Court on remand from the United States Court of Appeals for the Sixth Circuit for re-sentencing in light of the Supreme Court's decision in *United States v. Booker*, 125 S.Ct. 738 (2005).

The defendant appeared on March 9, 2006 via telephone per his request for sentencing.  Defendant has requested additional time to file a supplement brief in light of a recent case US v Okai .  The government concurs. Therefore,

IT IS FURTHER ORDERED defendant's brief is due **March 24, 2006;** government's response is due on or before **April 7, 2006.**  Counsel are directed to include United States Probation Officer Joseph Herd on their service list.  Re-Sentencing will be held on **April 27, 2006 at 2:00 p.m.**   The defendant will participate via telephone.

                                                                  S/Robert H. Cleland
                                                                  ROBERT H. CLELAND
                                                                  UNITED STATES DISTRICT JUDGE

Dated: March 9, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 9, 2006, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\lisa\Criminal\9980796 rice order resentence.wpd